```
             UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                Criminal No. 05-cr-60-PB

**Howard Fosher, et al.**

### O R D E R

The defendant has moved to continue the September 6, 2005 trial in the above case, citing complicating factors of medical treatment required for his cancer and the need for additional time to prepare for trial. The government and co-defendant Timothy Doyon do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2005 until November 1, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 23, final pretrial conference is continued until October 27, 2005 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 11, 2005

cc:  Adam Bernstein, Esq.
     Joseph Caufield, Esq.
     Debra Walsh, AUSA
     United States Probation
     United States Marshal