```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**     Criminal No. 05-cr-60-PB

**Howard Fosher**

## O R D E R

The defendant has moved to continue the November 1, 2005 trial in the above case, citing the need for additional time to complete plea negotiations and due to a medical condition for which he continues to be treated.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2005 to December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 27, 2005 final pretrial conference is continue to November 28, 2005 at 4:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 25, 2005

cc: Adam Bernstein, Esq.
Joseph Caufield, Esq.
Debra Walsh, AUSA
United States Probation
United States Marshal