UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

       v.                               Case No. 05-cr-60-01-PB

Howard Fosher


ORDER

The defendant has moved to continue the December 6, 2005 trial in the above case, citing the need for additional time to resolve continuing negotiations short of trial. The government does not objection to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 6, 2005 to February 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. A § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 30, 2006 at 4:45PM.

SO ORDERED.

December 5, 2005                    /s/ Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

cc:    Debra Walsh, Esq.
       Adam Bernstein, Esq.
       U. S. Probation
       U. S. Marshal